Decided February 7, 2001

DONALD D. BOWERS *v.* FLORENCE IRENE BOWERS

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 75 (AC 20420), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court had properly concluded that the plaintiff had wilfully violated an order of the court?"

PALMER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16473.

*Brian M. Silver*, in support of the petition.

Decided February 7, 2001